UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 06-462 |
| Plaintiff, | : | JUDGE CHRISTOPHER A. BOYKO |
| v. | : | |
| Clarence Williams | : | |
| | : | ORDER |
| Defendant. | : | |
| | : | |

This matter comes before the Court on Defendant's Motion For Continuance of Motion Dates and Trial Dates Based on the Interests of Justice.   The Government does not object.  For the reasons which follow, the Court grants the Motion.

Defendant was arraigned by the Court on    10/03/2006          . At the arraignment , the Court set the following dates: trial 11/15/2006, Final Pretrial 11/08/2006, Motions due 10/25/2006, responses due 11/01/2006.

The Court set this tight schedule because Defendant was arrested  and substantial time had already lapsed before Defendant was arraigned.

The Court recognizes that counsel needs time to analyze the case, conduct discovery, discuss options with the Defendant and the Government and otherwise prepare for trial.  However, the Court, absent this Motion did not want to violate Defendant's and the public's right to a speedy trial.

The Defendant has understandably moved for a continuance to avoid a "miscarriage

of justice" by allowing the Defendant and counsel "reasonable time necessary for effective preparation..." See 18 U.S.C. §3161 (h)(8)(B)(i) and (iv). See also, <u>United States v. Zedner</u>, 126 S.Ct. 1976(2006).

For the foregoing reasons, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and defendant in a speedy trial pursuant to 18 U.S.C. § 3161 (h)(B)(8)(A).

Therefore, the Court sets the new dates as follows: Trial, 01/17/2007 at 9:00; Final Pretrial, 01/10/2007 at 9:30; Motions due 12/27/2007, responses due 01/03/2007.

IT IS SO ORDERED.

/s/ Christopher A. Boyko

CHRISTOPHER A. BOYKO

UNITED STATES DISTRICT JUDGE

DATED:11/01/2006